**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **ANGEL OCASIO,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CRUNCHTIME CAPITAL, INC.**<br><br>*Defendant.* | Case No. 2:26-cv-00688 |

## <u>NOTICE OF APPEARANCE</u>

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: April 22, 2026        PLAINTIFF, on behalf of himself
and others similarly situated,

<u>*/s/ Anthony Paronich*</u>
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

1