# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

ANGEL OCASIO,

       **Plaintiff,**

       **v.**                             **Case No. 26-CV-688**

CRUNCHTIME CAPITAL, INC.,

       **Defendant.**

---

## ORDER THAT THE PLAINTIFF RETURN THE CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FORM

---

Pursuant to the standing order of the Chief Judge, all parties must complete and return the "Consent to Proceed Before a Magistrate Judge" form within 21 days of receiving it. As stated by the Chief Judge in her standing order, "While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is **mandatory**."

The plaintiff has failed to timely return the form. Therefore, the court now orders the plaintiff to submit the completed "Consent to Proceed Before a Magistrate Judge" form within 21 days of this order. **<u>If the plaintiff fails to return the completed form</u>**

**within 21 days of the date of this order, the court will recommend that this action be dismissed for failure to prosecute**. *See* Civ. L.R. 41(c) (E.D. Wis.).

If the plaintiff no longer wishes to pursue this action, the plaintiff must promptly notify the court.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 7th day of July, 2026.

WILLIAM E. DUFFIN
U.S. Magistrate Judge