UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ANGEL OCASIO,**

**Plaintiff,**

**v.** **Case No. 26-CV-688**

**CRUNCHTIME CAPITAL INC.,**

**Defendant.**

---

# ORDER TO SHOW CAUSE

---

On April 20, 2026, plaintiff Angel Ocasio filed this action against defendant Crunchtime Capital, Inc. (ECF No. 1.) On July 15, 2026, the court granted Ocasio's motion for an extension of time, until September 14, 2026, in which to serve the defendant but denied his request for alternative service by electronic mail. (ECF No. 9.) On September 15, 2026, the court granted Ocasio's second motion for extension of time and ordered him to effect service no later than September 28, 2026. (ECF No. 11.)

Ocasio's motion practice demonstrates his familiarity with the rules of service and with the court's authority to extend the time to effect service upon a showing of good cause. *See* Fed. R. Civ. P. 4(m). But the court has heard nothing from Ocasio since his extended window expired over three weeks ago. He has not asked for any further

extension, filed any proof of service, or demonstrated that the defendants waived service under Rule 4(d).

Accordingly, Ocasio has not demonstrated timely service of process on the sole defendant in this action.

**IT IS THEREFORE ORDERED** that Ocasio shall show cause by **November 12, 2026,** as to why this action should not be dismissed for failure to affect service within the extended time afforded by the court. If good cause is not established, the court will recommend that this action be dismissed. *See* Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(a).

Dated at Milwaukee, Wisconsin this 21st day of October, 2026.

WILLIAM E. DUFFIN
U.S. Magistrate Judge