**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ANGEL OCASIO,<br><br>Plaintiff,<br><br>v.<br><br>CRUNCHTIME CAPITAL, INC.,<br><br>Defendant. | Case No. 2:26-cv-00688-WED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Angel Ocasio voluntarily dismisses this action against Defendant Crunchtime Capital, Inc., without prejudice. Defendant has not served an answer or a motion for summary judgment.

Dated:
November 2, 2026

Respectfully submitted,

/s/ Francisco Fernandez del Castillo
Francisco Fernandez del Castillo
Del Castillo Law Group, LLC
11 E. Adams Street, Suite 1401
Chicago, IL 60603
Telephone: (312) 216-0111
francisco@delcastillolawgroup.com

Attorney for Plaintiff